IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RICKY RECARDO HALL, | * |
| Plaintiff, | * |
| v. | Case No.   7:21-cv-98(HL) |
| | * |
| US MARSHAL, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 2, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 2nd day of February, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk